IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bedenfield, Darryl | Case Number: 04 B 05828 |
|---|---|---|
| | Bedenfield, Bernita | Judge: Goldgar, A. Benjamin |
| | Printed: 2/12/08 | Filed: 2/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 14, 2007
Confirmed: April 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 33,351.45 | |
| Secured: | | 21,852.87 |
| Unsecured: | | 9,727.10 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,720.04 |
| Other Funds: | | 51.44 |
| Totals: | 33,351.45 | 33,351.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | GE Capital Auto Financial Services | Secured | 7,048.22 | 7,048.22 |
| 3. | CitiMortgage Inc | Secured | 11,317.28 | 11,317.28 |
| 4. | Monterey Financial Services | Secured | 743.31 | 743.31 |
| 5. | Ford Credit | Secured | 2,744.06 | 2,744.06 |
| 6. | Monterey Financial Services | Unsecured | 153.08 | 303.97 |
| 7. | ECast Settlement Corp | Unsecured | 322.10 | 639.58 |
| 8. | GE Capital Auto Financial Services | Unsecured | 4,423.48 | 8,783.55 |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Coldata Inc | Unsecured | | No Claim Filed |
| 11. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 12. | Penncro Associates | Unsecured | | No Claim Filed |
| 13. | Northland Group Inc | Unsecured | | No Claim Filed |
| 14. | Amoco Card | Unsecured | | No Claim Filed |
| 15. | Orchard Bank | Unsecured | | No Claim Filed |
| 16. | US Cellular | Unsecured | | No Claim Filed |
| 17. | Providian Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,751.53 | $ 31,579.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 201.95 |
| 4% | 127.43 |
| 6.5% | 484.25 |
| 3% | 76.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bedenfield, Darryl | Case Number: 04 B 05828 |
|---|---|---|
| | Bedenfield, Bernita | Judge: Goldgar, A. Benjamin |
| | Printed: 2/12/08 | Filed: 2/17/04 |

|  |  |
|---:|---:|
| 5.5% | 398.44 |
| 5% | 116.28 |
| 4.8% | 314.85 |
|  | _____ |
|  | $ 1,720.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

